2 A.3d 473

**JPMORGAN CHASE BANK N.A. as Trustee for the Registered Holders of ABFS Mortgage Pass–Through Certificates Series 2002–4**

v.

**JOON H. WHANG and Youn O. Whang.**

Petition of Youn O. Whang.

No. 55 EM 2010.

Supreme Court of Pennsylvania.

Aug. 12, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 12th day of August, 2010, the Petition for Stay is **DENIED.**

2 A.3d 474

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Juan PEREZ, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 12, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 12th day of August, 2010, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**